AO 245D (Rev. 09/19)  Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## Middle District of Alabama

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| SHAHAL LEWIS | Case No. 2:17CR477-MHT-2 |
| | USM No. 17378-002 |
| | Sandi Y. Dawson |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   2-7 of petition filed 8/26/21   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

(Violation 1 dismissed by oral motion by the government.)

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | The defendant committed another federal, state, or local crime | 08/17/2021 |
| 3 | The defendant committed another federal, state, or local crime | 05/01/2021 |
| 4 | The defendant committed another federal, state, or local crime | 05/01/2021 |

The defendant is sentenced as provided in pages 2 through   3   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Last Four Digits of Defendant's Soc. Sec. No.: 5823 | 04/25/2024 |
| | Date of Imposition of Judgment |
| Defendant's Year of Birth:   1991 | |
| | /s/ Myron H. Thompson |
| City and State of Defendant's Residence: | Signature of Judge |
| Stone Mountain, Georgia | |
| | MYRON H. THOMPSON, U.S. DISTRIT COURT |
| | Name and Title of Judge |
| | 05/07/2024 |
| | Date |

Judgment—Page 2 of 3

DEFENDANT: SHAHAL LEWIS
CASE NUMBER: 2:17CR477-MHT-2

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 5 | The defendant failed to notify probation officer of law enforcement contact. | 06/16/2021 |
| 6 | The defendant failed to participate in substance abuse treatment as directed. | 04/22/2021 |
| 7 | The defendant failed to pay criminal monetary penalties. | 06/16/2021 |

AO 245D (Rev. 09/19)  Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 3 of 3

DEFENDANT: SHAHAL LEWIS
CASE NUMBER: 2:17CR477-MHT-2

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :
14 months, with no supervision to follow. The term of supervised release imposed on July 18, 2018, is revoked.

☒ The court makes the following recommendations to the Bureau of Prisons:

The court recommends that the defendant be designated to a facility near as possible to Atlanta, Georgia.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL